# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| RICHARD L. BAKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-1039-CV-W-NKL |
| ) | |
| JO ANNE B. BARNHART ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is the Commissioner's Motion for Final Judgment [Doc. # 6]. For the reasons set forth below, the Court grants the Commissioner's Motion.

On February 24, 2005, the Court remanded Richard Baker's ("Baker") claim to the Social Security Administration ("SSA") for another review because SSA could not locate the medical records and hearing tapes for Baker's claim [Doc. # 4]. On remand, the SSA issued a decision favorable to Baker and granted him benefits, thereby rendering this case moot. The Commissioner moves to dismiss the case because of the underlying SSA proceedings and Baker does not object.

Accordingly, it is hereby

ORDERED that the Commissioner's Motion for Final Judgment [Doc. # 6] is GRANTED. The case is dismissed.

s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

DATE: March 23, 2006
Kansas City, Missouri